**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1370**

NIVILLA ROCKEE CAMPBELL,

Plaintiff - Appellant,

v.

CITY OF SHELBY, NC; RICK HOWELL, in his Individual and Official capacity, City Manager for the City of Shelby, North Carolina; JULIE MCMURRAY, in her Individual and Official capacity, Director of Energy Services for the City of Shelby, North Carolina; SCOTT HUFFSTETLER, in his Individual and Official capacity, Natural Gas Supervisor for the City of Shelby, North Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:20-cv-00629-FDW-DCK)

Submitted:  March 21, 2023                       Decided:  March 23, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nivilla Rockee Campbell, Appellant Pro Se.  Steven Andrew Bader, Raleigh, North Carolina, Patrick Houghton Flanagan, CRANFILL SUMNER, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nivilla Rockee Campbell appeals the district court's order granting summary judgment to Defendants on Campbell's race discrimination and retaliation claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. Limiting our review of the record to the issues raised in Campbell's informal brief, we find no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. *Campbell v. City of Shelby, N.C.*, No. 3:20-cv-00629-FDW-DCK (W.D.N.C. Mar. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*